```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| | |
|---|---|
| THE HOPE STEAM FIRE ENGINE COMPANY NO. ONE OF THE CITY OF BURLINGTON, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DARLENE SCOCCA, et al.,<br><br>          Defendants. | Civil No. 07-3178-JEI-AMD |

## SCHEDULING ORDER

       This Scheduling Order confirms the directives given to counsel during the telephone status conference held on July 15, 2008; and the Court noting the following appearances:  Joseph M. Pinto, Esquire, appearing on behalf of the plaintiffs; George Wilgus, III, Esquire, appearing on behalf of the defendants; and Andrew Bayer, also appearing on behalf of defendant City of Burlington.

       IT IS this **15th** day of **July 2008**, hereby **ORDERED**:

       1.  The Court will conduct a telephone status conference on **August 5, 2008 at 10:00 A.M.**.  Counsel for plaintiffs shall initiate the telephone call.

                                                         <u>s/ Ann Marie Donio</u>
                                                         ANN MARIE DONIO
                                                          UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Joseph E. Irenas